**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

EDWARD ALBERTO PADILLA,

    Plaintiff,                                      CV 25-239

v.

OFFICER BRENT WOODARD,

    Defendant.

**NOTICE OF REMOVAL**

Defendant Officer Brent Woodard, by and through his counsel of record, MYNATT SPRINGER P.C. (Blaine T. Mynatt and Robert A. Cabello), provide notice of removal of a civil action filed in the Seventh Judicial District Court for the State of New Mexico, Cause No. D-722-CV-2025-00012, and in support, state the following:

On January 15, 2025, Plaintiff filed a civil action for damages against the named defendant in the Seventh Judicial District Court for the State of New Mexico. Plaintiff's Complaint alleges violations of the New Mexico Constitution, 42 U.S.C. § 1983, and the New Mexico Civil Rights Act.

According to 28 U.S.C. Section 1331, federal district courts have original jurisdiction of civil actions arising under the Constitution, laws, or treaties of the United States. According to 28 U.S.C. § 1441(a), a civil action brought in state court over which a federal district court has original jurisdiction may be removed to the federal district court. Plaintiff's Complaint raises several federal questions, on its face, by alleging violations of the United States Constitution, the Fourth Amendment, and the First Amendment Rights. Therefore, this Court has original jurisdiction and removal is proper.

Pursuant to 28 U.S.C. Section 1446(a) and this Court's local rules, Defendants has attached copies of all pleadings filed in the state action, which include the Complaint as Exhibit 1 [Doc. 1-1], the Notice to State District Court of Removal to Federal Court as Exhibit 2 [Doc. 1-2], copies of all pleadings filed in the state actions as Exhibit 3 [Doc. 1-3], the Second Judicial District Court Docket as Exhibit 4 [Doc. 1-4], and the Civil Cover Sheet as Exhibit 5 [Doc. 1-5].

WHEREFORE, Defendant respectfully requests this case be removed in its entirety from New Mexico's Seventh Judicial District to this Court for adjudication.

Respectfully submitted,

MYNATT SPRINGER P.C.

_____

BLAINE T. MYNATT
New Mexico Bar No. 9471
ROBERT A. CABELLO
New Mexico Bar No. 28114
P.O. Box 2699
Las Cruces, NM 88004
(575) 524-8812
btm@mynattspringer.com
rac@mynattspringer.com
*Attorneys for Defendant Woodard*

## CERTIFICATE OF DELIVERY

I hereby certify that on March 7, 2025, I served a true and correct copy of the foregoing pleading to all counsel of record via email:

The Kennedy Law Firm, P.C.
Joseph P. Kennedy
Shannon L. Kennedy
jpk@civilrightslaw.com
slk@civilrightslaw.com


 

BLAINE T. MYNATT
ROBERT A. CABELLO